DAVID C. HAWKES; SBN: 224241
BLANCHARD, KRASNER & FRENCH
dhawkes@bkflaw.com
800 Silverado St., 2nd Floor
La Jolla, CA 92037
Telephone:   (858) 551-2440
Facsimile:   (858) 551-2434

DAVID A. HUCH; SBN: 222892
LAW OFFICE OF DAVID A. HUCH
david.a.huch@gmail.com
12223 Highland Ave., Ste. 106-574
Rancho Cucamonga, CA 91739
Telephone:   (909) 463-6363
Facsimile:   (909) 614-7008

STEPHEN MATCHA; SBN: 249176
MATCHA LAW
steve@matchalaw.com
13223 Black Mountain Rd., #233
San Diego, CA 92129-2699
Telephone: (619) 565-3865

Attorneys for Plaintiff
BRITTANI BENNETT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANI BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation; WYNDHAM DESTINATIONS, INC., a Delaware Corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 22CV1050 JES (BLMx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: August 30, 2023<br>Time: 9:00 a.m.<br><br>Dist. Judge: Hon. James E. Simmons, Jr.<br>Mag. Judge: Hon. Barbara L. Major<br><br>Complaint Filed: April 25, 2022<br>Removal to S.D. Cal.: July 19, 2022<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 30, 2023 at 9:00 a.m. in the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Courtroom 4B (fourth floor), the Honorable James E. Simmons, Jr. presiding, Plaintiff Brittani Bennett ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Stipulation of Settlement ("Settlement") –submitted concurrently herewith as Exhibit A to the Declaration of David A. Huch – as fair, reasonable, and adequate;

2. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

3. Appoint CPT Group Settlement Administrators ("CPT") as the settlement administrator and directing CPT to disseminate notice in accordance with the Settlement; and

4. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Declaration of David A. Huch filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

Dated: August 2, 2023

Respectfully Submitted,
LAW OFFICE OF DAVID A. HUCH

 */s/ David A. Huch*
David A. Huch
Counsel for Plaintiff Brittani Bennett

1

**NOTICE OF MOTION FOR PRELIM. APPROVAL**   **22CV1050-JES(BLM)**